# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHARLES B. HENRY,<br><br>                       Plaintiff,<br><br>     v.<br><br>STATE OF ALASKA,<br><br>                       Defendant. | Case No. 4:18-cv-00036-TMB |

## ORDER OF DISMISSAL

The Court has reviewed the Notice of Voluntary Dismissal at Docket 8. All pending motions are **DENIED AS MOOT**. This action is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is directed to close this case.

**IT IS SO ORDERED.**

DATED this 22nd day of February, 2019 at Anchorage, Alaska.

                                                        /s/ *Timothy M. Burgess*
                                                        HON. TIMOTHY M. BURGESS
                                                        UNITED STATES DISTRICT JUDGE